McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

JUL 0 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Alfredo Orejel YEPEZ, Jr.,

Defendant.

CASE NO. 2:19-MJ-0104 KJN

SEALING ORDER

**UNDER SEAL**

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that file in the above-captioned matter be sealed and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: July 8, 2019

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER